FILED by VT D.C.
ELECTRONIC
October 20, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**GILBERT ARMENTA**

**Plaintiff,**

**v.**

**CAPITAL ONE BANK USA, N.A.**

**Defendant**

________________________________________/

**08-CV-61678-Graham-Torres**

**Judge:**

**Case no:**

**COMPLAINT**
**(& Jury Demand)**

Comes now, the plaintiff, **Gilbert Armenta,** (hereinafter referred to as "**the Plaintiff**"), on behalf of himself and by and through undersigned counsel, and alleges individual violations of the Fair Credit Reporting Act ("FCRA") against the defendant, Capital One Bank USA, N.A. (hereinafter referred to as "**Capital One**"), and in support thereof would state the following:

## JURISDICTION AND VENUE

1. This is an action for damages brought by an individual consumer against the named defendant for violations of the Fair Credit Reporting Act, 15 U.S.C. §1681 et seq., as amended (hereinafter referred to as the "**FCRA**").

2. Jurisdiction of this Court arises under 15 U.S.C. §1681p.

3. The Defendant **Capital One** is a business entity that regularly conducts business in the State of Florida and therefore is a citizen of the State of Florida. **Capital One** is a "furnisher of information" as defined in 15 U.S.C. §1681 et seq., and as such, is subject to the jurisdiction of the court in this case.

## VENUE

4. The venue in the United States District Court for the Southern District of Florida is proper and based upon the following:

   a. The violations of the FCRA alleged below occurred and/or were committed in **Broward County,** State of Florida, within the Southern District of Florida;

   b. At all times material hereto, the defendants, were and continue to be corporations engaged in business activities in Broward County, Florida and as such are citizens of the State of Florida.

5. The Plaintiff, is an individual residing in Broward County, Florida and is a "consumer" as that term is defined by 15 U.S.C. §1692 et seq.

## FACTS COMMON TO ALL COUNTS

6. Plaintiff is an "individual consumer" as defined by the FCRA and is alleged to have incurred a financial obligation for primarily personal,

family or household purposes, or more specifically an alleged debt with defendant **Capital One,** account #4121742134349847.

7. On or prior to May 6, 2008, defendant, **Capital One,** as a furnisher of information to credit reporting agencies, inaccurately reported the Plaintiff's account to Experian and Trans Union regarding how long the information may continue to be reported regarding account #4121742134349847.

8. More specifically, defendant **Capital One** has furnished, and the credit reporting agency is reporting, the following inaccurate information on the Plaintiff's credit report:

   a. Experian reports the account will continue to be reported until June of 2009 (see Exhibit 1).

   b. Trans Union reports the account will continue to be reported until January of 2009 (see Exhibit 2).

9. On or about May 6, 2008, Plaintiff, through counsel, sent dispute letters to Experian, Equifax, and Trans Union which included appropriate personal identification, and which disputed the status of the defendant **Capital One** account as being inaccurately reported.

10. Based on the results of the investigation undertaken by Experian, Equifax, and Trans Union, defendant **Capital One** has failed to accurately and completely modify and/or update the information of the account in question.

## COUNT ONE

## VIOLATIONS OF THE FCRA - 15 U.S.C. §1681s-2(b) AGAINST CAPITAL ONE

11. Plaintiff incorporates Paragraphs 1-11.

12. Plaintiff is an "individual consumer" as defined by the FCRA and is alleged to have incurred a financial obligation for primarily personal, family or household purposes, or more specifically an alleged debt with **Capital One**.

13. Upon information and belief (including but not limited to verification and responses to dispute letters from the individual credit reporting agencies), defendant **Capital One** was contacted by the credit reporting agencies to which it was reporting the information in question and requested to update the account information as requested by the Plaintiff.

14. At all times pertinent hereto, defendant **Capital One** was a "person" as that term is defined by 15 U.S.C. §1681a(b) and a "furnisher of information" to the credit reporting agencies.

15. The defendant **Capital One** individually violated 15 U.S.C. §1681n and 1681o by engaging in the following conduct that violated §1681s-2(b) of that Act. Throughout the entire course of its actions, **Capital One** willfully and/or negligently violated these provisions of the FCRA in the following manner:

a. By willfully and/or negligently failing to conduct an investigation of the inaccurate information that the Plaintiff disputed;

b. By willfully and/or negligently failing to review all relevant information concerning the Plaintiff's account as provided;

c. By willfully and/or negligently failing to report the results of their investigation of the inaccurate information to all credit reporting agencies;

d. By willfully and/or negligently failing to modify or delete incomplete or inaccurate information in Plaintiff's file after conducting an investigation;

e. By willfully and/or negligently failing to modify or delete inaccurate or incomplete information after conducting a reinvestigation;

f. By willfully and/or negligently failing to permanently block the reporting of the inaccurate information as disputed by the Plaintiff and continuing to report and furnish inaccurate or incomplete information in Plaintiff's file to all credit reporting agencies;

g. By willfully and/or negligently failing to comply with all requirements imposed on "furnishers of information" by 15 U.S.C. §1681s-2(b).

16. As a result of this individual conduct, action and inaction of defendant **Capital One**, the Plaintiff suffered damage by loss of credit, loss of the ability to purchase and benefit from credit, lowered credit rating, the

mental and emotional pain and anguish and the humiliation and embarrassment of the credit denials.

17. The individual conduct, action and inaction of defendant **Capital One** was willful, rendering it liable for punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. §1681n.

18. In the alternative, the individual conduct, action and inaction was negligent, thereby entitling Plaintiff to recover under 15 U.S.C. §1681o.

19. The Plaintiff is entitled to recover actual damages, statutory damages, costs and attorney's fees from the individual defendant **Capital One** in an amount to be determined by the Court pursuant to §1681n and 1681o.

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff respectfully prays that judgment be entered against the individual defendant **Capital One** for:

    a. Actual Damages pursuant to §1681n(a)(1)(A) and §1681o(a)(1);

    b. Statutory damages up to $1000.00 pursuant to §1681n(a)(1)(B);

    c. Attorney's fees, litigation expenses and costs of suit pursuant to §1681n(a)(3) and §16810(a)(2); and

d. For such other and further relief as the Court may deems just, equitable, and proper.

Additionally the Plaintiff prays that the defendant **Capital One** immediately delete all of the inaccurate information from Plaintiff's credit reports and files and cease reporting the inaccurate information to any and all persons and entities to whom it reports consumer credit information.

**JURY TRIAL DEMAND**

Plaintiff is entitled to and hereby demands a trial by jury as stated in the U.S. Constitution, Amendment 7 and F.R.C.P. 38.

Dated this 2 day of October, 2008.

Respectfully Submitted by,

**The Fair Credit Law Group, LLC.**
**20423 State Road 7**
**Suite F6-477**
**Boca Raton, FL 33498**
**Tel: 954-334-7670**
**Fax: 954-334-7668**

**Filed by: Paul A. Herman, Esq**
**FL Bar #0405175**
**Joel A Brown, Esq.**
**FL Bar #0066575**
**Attorneys for Plaintiff**

# EXHIBIT 1

Experian
A world of insight

Prepared for
GILBERT R ARMENTA
Report number
3553704282

Report date
June 14, 2008
www.experian.com/disputes
Call 800 509 8495

Page 1 of 20

**Dear GILBERT R ARMENTA,**

*To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.*

SEP 02 2008

******************MIXED AADC 601
0009569 3 MB 0.619 L 186
GILBERT R ARMENTA
4020 GALT OCEAN DR APT 708
FT LAUDERDALE FL 33308-6528**

*OTHER ITEMS DISPUTED ARE NOT CURRENTLY DISPLAYING ON YOUR PERSONAL CREDIT REPORT:-*

If you question the results of our investigation, then you may want to contact the data furnisher directly. Please refer to your original personal credit report for the business name, address, and phone number (if available) of the source that verified the information.

When you question information on your personal credit report and tell us specifically why you believe the information is inaccurate or incomplete, we contact the source of the information through an automated verification system or letter. We ask the source to check their records to verify all of the information regarding the item you questioned, and report back within 30 days of the date that we received your request (21 days for Maine residents and 45 days for investigation of information on an annual free credit report). Once we receive the response, we will send you the results of the investigation. If we do not receive a response within the required investigation period, we will update the item as you have requested or delete the information, and send you the results. When we complete our investigation process we will send you the results. Should you need to contact us again, please be sure to reference the Report Number at the top of this letter. To check the status of your investigation, you may log on to www.experian.com/consumer.

According to the Fair Credit Reporting Act (FCRA), a national consumer credit reporting company's role in the dispute process is to investigate information to determine the accuracy and completeness of any disputed item by contacting the source of the disputed information and informing them of all relevant information regarding the consumer's dispute. If the issue is not resolved, then the consumer credit reporting company must offer to include a consumer statement on the personal credit report. The Federal Trade Commission (the government agency charged with enforcement of the FCRA) does not require that the consumer credit reporting company obtain documentation such as the actual signed sales slips, signature cards, contracts, etc.; nor does it require that consumer credit reporting companies act as mediators or negotiators in account disputes.

9 of 15

Address identification number
432194466

**CAP ONE**
PO BOX 30281
SALT LAKE CITY UT 84130
*No phone number available*
***Partial account number***
412174213434....

| *Date opened* | *Date of status* | *Type* | *Responsibility* | *Credit limit or original amount* | *Recent balance* | |
|---|---|---|---|---|---|---|
| May 1996 | Jun 2005 | Revolving | Joint with DARLENE ARMENTA | $5,107 | NA | Status: Paid in settlement, $3,460 written off. |
| *Reported since* | *Last reported* | *Terms* | | *High balance* | | Account history: |
| Mar 2002 | Jun 2005 | NA | | $5,690 | | Charge Off as of Feb 2003 |
| | | *Monthly payment* | | | | 150 days as of Jan 2003 |
| | | NA | | | | 120 days as of Dec 2002 |
| | | | | | | 90 days as of Nov 2002 |
| | | | | | | 60 days as of Oct 2002 |

Experian
A world of insight

Prepared for
GILBERT R ARMENTA
Report number
3553704282

Report date
June 14, 2008
www.experian.com/disputes
Call 800 509 8495

Page 5 of 20

**ntially negative items or items for further review continued**

**AP ONE** *(continued)*

30 days as of Sep 2002

This account is scheduled to continue on record until Jun 2009.

Creditor's statement *"Account legally paid in full for less than full balance."*

This item was verified and updated on Mar 2008.

Address identification number: 487897204

# EXHIBIT 2

*** 179003595-034 ***
P.O. Box 2000
Chester, PA 19022

06/26/2008 TransUnion.

SEP 0 2 2008

R0/MIB00200017-I000193
GILBERT R. ARMENTA SR.
4020 GALT OCEAN DR 708
FORT LAUDERDALE, FL 33308

**CAPITAL ONE BANK USA NA** #4121742134349847
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070

**Loan Type:** CREDIT CARD
**Remarks:** ›SETTLED - LESS THAN FULL BAL‹
**Estimated date that this item will be removed:** 01/2009

**Balance:** $0
**Date Verified:** 06/2008
**High Balance:** $5,690
**Credit Limit:** $5,107

**Pay Status:** ›PAYMENT AFTER CHARGE OFF/COLLECTION‹
**Account Type:** REVOLVING ACCOUNT
**Responsibility:** JOINT ACCOUNT
**Date Open:** 05/1996
**Date Closed:** 02/2003

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**

GILBERT ARMENTA

**(b)** County of Residence of First Listed Plaintiff BROWARD
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

FAIR CREDIT LAW GROUP, LLC (PAUL A HERMAN, JOEL A BROWN) 3389 SHERIDAN STREET #245 HOLLYWOOD, FL 33021

**DEFENDANTS**

CAPITAL ONE BANK USA, N.A.

County of Residence of First Listed Defendant BROWARD
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☑ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0:08CV61678-Graham-Torres

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
**Habeas Corpus:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☒ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Re-filed- (see VI below) ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):
a) Re-filed Case ☐ YES ☑ NO b) Related Cases ☐ YES ☑ NO
JUDGE DOCKET NUMBER

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause **(Do not cite jurisdictional statutes unless diversity)**:
15 USC 1681 et seq (FCRA)
LENGTH OF TRIAL via TWO days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☑ Yes ☐ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

SIGNATURE OF ATTORNEY OF RECORD [signature]

DATE 10/1/08

**FOR OFFICE USE ONLY**
AMOUNT 350.00 RECEIPT # IFP

544460